IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wininger, Annette M

Printed: 01/22/09

Case Number: 05 B 30629
Judge: Wedoff, Eugene R
Filed: 8/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 18, 2008
Confirmed: September 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 16,800.47 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 12,343.63 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 866.37 |
| Other Funds: |  | 890.47 |
| Totals: | 16,800.47 | 16,800.47 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Sallie Mae | Unsecured | 6,267.17 | 7,005.98 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 77.00 | 86.07 |
| 4. | ECast Settlement Corp | Unsecured | 1,995.06 | 2,230.22 |
| 5. | Capital One | Unsecured | 275.13 | 307.58 |
| 6. | Credit Union One | Unsecured | 2,427.61 | 2,713.78 |
| 7. | Farmers Insurance Group | Unsecured |  | No Claim Filed |
| 8. | TCF Bank | Unsecured |  | No Claim Filed |
| 9. | Medco Financial Associates | Unsecured |  | No Claim Filed |
| 10. | Tri-State Adjustments | Unsecured |  | No Claim Filed |
| 11. | LDC Collection Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,741.97 | $ 15,043.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 130.91 |
| 5% | 160.44 |
| 4.8% | 113.83 |
| 5.4% | 273.71 |
| 6.5% | 166.70 |
| 6.6% | 20.78 |
|  | $ 866.37 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wininger, Annette M

Printed: 01/22/09

Case Number:  05 B 30629
Judge:  Wedoff, Eugene R
Filed:  8/4/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

